■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY C. STUART, Appellant. [913 NYS2d 118]—Appeal from a judgment of the Monroe County Court (Thomas R. Morse, A.J.), rendered October 29, 2007. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.